# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.:

**09-60895**

**CIV-MORENO** /TORRES

Nirol Jesus Posada,
and; others similarly situated,

    Plaintiff,

vs.

Page Brothers Associates, Inc.,
a Florida corporation d/b/a
"Coral Springs Auto Mall",

    Defendant.
_____/

**CLASS REPRESENTATION**

FILED by ATS D.C.

JUN 1 7 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## FAIR LABOR STANDARDS ACT COMPLAINT

Plaintiff Nirol Jesus Posada, individually and on behalf of others similarly situated, sues Defendant, Page Brothers Associates, Inc., a Florida corporation, d/b/a "Coral Springs Auto Mall", and alleges:

### JURISDICTIONAL ALLEGATIONS

1. This is an action to recover money damages for unpaid minimum wages brought under the laws of the United States of America. This Court has jurisdiction pursuant to the Fair Labor Standards Act, 29 U.S.C., Sections 201-219, inclusive ("FLSA").

2. Plaintiff Nirol Jesus Posada worked as automobile salespersons at an automobile dealership location known as "Coral Springs Auto Mall" in Broward County, Florida. Each named or represented Plaintiff is an "employee" within the meaning of 29 U.S.C. §203(e).

3. Defendant Page Brothers Associates, Inc, is a corporation, which operates several related, closely, privately held automobile dealership locations or entities operating under the umbrella of a single location and registered ficticious name of "the Coral Springs Auto Mall".



The "Coral Springs Auto Mall" is closely, privately, owned and operated as a single automobile dealership including various corporate or fictitious incarnations, including: Coral Springs Nissan, Inc., and; Coral Oldsmobile, Inc. In addition, to those, it also advertises and operates under the names Coral Springs Buick-Pontiac-GMC; Coral Springs KIA; Coral Springs Honda, and Coral Springs Pre-Owned Superstore, all of which have web pages advertising as "Coral Springs Auto Mall" but have no known corporate incarnation. All of these "dealerships", whether or not they are incorporated, operate essentially from the same physical location, under the same ownership, directorship and registered agent.

4. An internet link to each related dealership location is found at a single web address (www.coralspringsautomall.com) which greets potential customers to their joint web site with the declaration: "Here at Coral Springs Auto Mall, we boast a huge inventory of top makes and models, used and pre-owned vehicles, and a little something for everyone". See attached Exhibit "A".

5. Defendant Page Brothers Associates, Inc. d/b/a/ "Coral Springs Auto Mall" is a "person" and an "employer" within the meaning of the 29 U.S.C. §203 (a) and (d) and is hereinafter referred to jointly as the "Employer". Moreover, this same "Employer", individually or together as a group, is an enterprise engaged in commerce within the meaning of 29 U.S.C. §203(s).

6. Jurisdiction is conferred upon this Court by 28 U.S.C. §1337, and by 29 U.S.C. §216(b). The Employer is, and at all times material to this action was, an organization which sells and/or markets and/or transports services and/or goods to customers in Florida. Upon information and belief, the annual gross revenue of the Employer was at all times material to this action in excess of $500,000.00 per annum.

7. By reason of the foregoing, the Employer is, and at all times material to this action was, an enterprise engaged in commerce or in the production of goods for commerce as defined in Sections 3(r) and 3(s) of the FLSA, 29 U.S.C., §§ 203(r) and 203(s).

## CLASS ALLEGATIONS

8. The named Plaintiff is similarly situated to an untold number of other salespersons who work or have worked for the Employer during any part of the past three years at any of the related automobile dealerships operating under the ambit of the "Coral Springs Auto Mall".

9. The named Plaintiff and those similarly situated work or worked under a "commissions-only" pay plan which does not incorporate any draw period at all based upon the number of hours actually worked by sales personnel. Sales personnel of this employer are paid only such amounts as correspond to the actual commissions generated by the number of vehicles sold by each salesperson.

10. On a bi-weekly basis, the Employer merely calculates and pays out commission-only compensation to salespersons based upon the commissions generated during the corresponding two week period, depending upon the number of automobiles actually sold by a given employee during that period. Regardless of the number of hours actually worked, there is no compensation or draw permitted for salespeople unless they sell cars.

11. On numerous occasions during the period of time covered by this Complaint, salespersons employed by this Employer generated fewer sales than are necessary to cover the minimum wage rate for actual hours worked during a given pay period.

## ATTORNEY'S FEES

12. Plaintiff has engaged the services of the undersigned attorneys and have agreed to

pay a reasonable attorney's fees for their services.

## ENTITLEMENT TO ATTORNEY'S FEES

13. Plaintiff, and those similarly situated, are entitled to an award of prevailing party attorney's fees pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 and other related authority.

## VIOLATION OF THE FAIR LABOR STANDARDS ACT
### (Failure to Pay Minimum Wages)

14. At all times during his employment, the Plaintiff was an employee required to be paid a minimum hourly wage for every hour worked for the Employer.

15. Since on or about June, 2006 through the present ("the applicable period covered by this Complaint"), the Employer has violated the provisions of the FLSA, 29 U.S.C. §206 and §215(a)(2) by failing to pay the Plaintiff and/or other similarly situated salespersons a minimum hourly wage during numerous applicable pay periods.

16. Attached to this Complaint as composite Exhibit "B" are numerous bi-weekly pay calculations generated by the Employer for the named Plaintiff Nirol Jesus Posada. Each calculation sheet represents the total compensation paid to Mr. Posada for the corresponding two week periods of time during which he worked between 120 and 140 hours, or between 60 and 70 hours per week.

17. The Employer knew or showed a reckless disregard for the provisions of the FLSA concerning the payment of minimum wages and remains owing the named Plaintiff and other similarly situated employees a minimum wage for every hour worked during the three year period preceding this lawsuit. Accordingly, Plaintiffs are entitled to recover double damages.

## JURY DEMAND

18. Plaintiff, Nirol Jesus Posada, and those similarly situated, demand trial by jury of all issues, claims and defenses in this action that are triable as of right by a jury.

WHEREFORE, Plaintiff Nirol Jesus Posada, and others similarly situated demand the following: payment of minimum wages for every hour worked by them and those similarly situated, or as much as is allowed by the Fair Labor Standards Act, whichever is greater, in an amount to be proven at the time of trial; an additional like amount as liquidated damages; an award of reasonable attorney's fees and costs, and; any and all such other relief which this Court may deem reasonable under the circumstances. Additionally, in the event that Plaintiff does not recover liquidated damages as allowed, then Plaintiff and those similarly situated demand an award of prejudgment interest as a lesser alternative to liquidated damages.

Dated: June 17, 2009

ANTHONY F. SANCHEZ, P.A.
Counsel for Plaintiffs
1450 Madruga Avenue, Suite 408
Coral Gables, FL 33146
Tel.:   305-665-9211
Fax:   305-662-2524
E-mail: afspalaw@aol.com

By: _____
Anthony F. Sanchez
Florida Bar No. 0789925

CALL NOW (877) 312-9031



HOME | ABOUT US | VEHICLES | FINANCE | SERVICE | PARTS | PRE-OWNED SUPERSTORE

      



### For Quality Service, Parts, and Everything Automotive, Visit Coral Springs Auto Mall

Searching for quality cars at competitive prices? Coral Springs Auto Mall is your one-stop superstore, offering great services from great people. Here at Coral Springs Auto Mall, we boast a huge inventory of the top makes and models, used and pre-owned vehicles, and a little something for everyone.

Stop by Coral Springs Auto Mall for expert assistance in researching new and used cars, estimates, financing options, specials, and more! Proudly serving Coral Springs drivers, our professional, friendly, and experienced staff is dedicated to providing you with the most positive experience in your search for a vehicle. We are fully stocked with a wide variety of high quality new and pre-owned cars, browse our extensive selection of vehicles to find the car of your dreams! Here at Coral Springs Auto Mall, we pride ourselves on our excellent customer satisfaction, and offer specials and incentive packages for our valued online customers.

Our online Search Engine allows you to customize your own make and model and specify what kind of options you are looking for. Coral Springs Auto Mall is dedicated to making your shopping experience quick and painless. Whether you are considering financing options, looking for knowledgeable assistance in purchasing a new or used car, or need to schedule a service or order parts, Coral Springs Auto Mall is your destination for hassle-free assistance, irresistible specials, and excellent customer service for all Coral Springs drivers.

As your trusted source for vehicle information of all sorts, we pride ourselves on our excellent customer satisfaction. Stop by our location for expert consultation, personalized service, and an incredible selection of some of the finest new and used vehicles available to Coral Springs.

To find out more about our location, or to get directions to our address, view our Directions section of the website.



2007 Chrysler PT Cruiser Touring
$9,995.00

### Coral Springs Auto Mall: Your Friendly One-Stop Shop for Everything car

Come visit our superstore in Coral Springs, Florida, located at 9330 W Atlantic Blvd.

Directions to Coral Springs Auto Mall from **95 North** Fwy: Take the 95 Fwy N toward Palm Beach, Exit #36/Atlantic Blvd, Left on W Atlantic Blvd (SR-814 W), U-Turn on W Atlantic Blvd.

To visit our location from **95 South** Fwy: Travel along the Southbound 95 Fwy toward Miami, Take Exit #36B/W Atlantic Blvd, U-Turn on W Atlantic Blvd.

Stop by Coral Springs Auto Mall today, and let us put **you** in the driver's seat.

---

**HONDA | BUICK | KIA | PONTIAC | PRE-OWNED SUPERSTORE | NISSAN | GMC**

Contact Us | Search New | Search Used | Quick Quote | Service Appointment | Order Parts | Site Map    Powered by Autofusion

Coral Springs Nissan Miami Nissan Pompano Beach Nissan Fort Lauderdale Nissan Deerfield Beach Nissan Boca Raton Nissan Delray Beach Nissan Boynton Beach Nissan Lake Worth Nissan West Palm Beach Nissan Hollywood Nissan Hialeah Nissan Margate Nissan Tamarac Nissan Parkland Nissan
Coral Springs Honda Miami Honda Pompano Beach Honda Fort Lauderdale Honda Deerfield Beach Honda Boca Raton Honda Delray Beach Honda Boynton Beach Honda Lake Worth Honda West Palm Beach Honda Hollywood Honda Hialeah Honda Margate Honda Tamarac Honda Parkland Honda
Coral Springs Buick Miami Buick Pompano Beach Buick Fort Lauderdale Buick Deerfield Beach Buick Boca Raton Buick Delray Beach Buick Boynton Beach Buick Lake Worth Buick West Palm Beach Buick Hollywood Buick Hialeah Buick Margate Buick Tamarac Buick Parkland Buick
Coral Springs GMC Miami GMC Pompano Beach GMC Fort Lauderdale GMC Deerfield Beach GMC Boca Raton GMC Delray Beach GMC Boynton Beach GMC Lake Worth GMC West Palm Beach GMC Hollywood GMC Hialeah GMC Margate GMC Tamarac GMC Parkland GMC
Coral Springs Pontiac Miami Pontiac Pompano Beach Pontiac Fort Lauderdale Pontiac Deerfield Beach Pontiac Boca Raton Pontiac Delray Beach Pontiac Boynton Beach Pontiac Lake Worth Pontiac West Palm Beach Pontiac Hollywood Pontiac Hialeah Pontiac Margate Pontiac Tamarac Pontiac Parkland Pontiac
Coral Springs Kia Miami Kia Pompano Beach Kia Fort Lauderdale Kia Deerfield Beach Kia Boca Raton Kia Delray Beach Kia Boynton Beach Kia Lake Worth Kia West Palm Beach Kia Hollywood Kia Hialeah Kia Margate Kia Tamarac Kia Parkland Kia

# EXHIBIT "A"

# SALES COMMISSIONS

NAME  Nirol Posada   EMP#  71384

| | | |
|---|---|---|
| 71 | PONT, GM, KIA | $ |
| 72 | HONDA | $ |
| 73 | NISSAN | $ 142.50 |
| _31 | CSI BONUS | $ |
| ___ | UNIT BONUS | $ |
| ___ | OTHER | $ |
| | TOTAL | $ 142.50 |

**EXHIBIT "B"**

```
10/20/2008 1JTAYLOR                    CORAL SPRINGS OLDSMOBILE INC                                          0432
09:41:19                    SALESPERSON COMMISSION REPORT 10/04/2008 THRU 10/17/2008                       PAGE 22


   SALESPERSON: NIROL JESUS POSADA      SALESPERSON#: 71384    PREFIX(ES): NINS NINSL NIUS NSNS NSNSL

                    CUSTOMER#/CUSTOMER NAME
        REFERENCE/  STOCK#/DESCRIPTION                          REFERRAL   FIN PROD   COMM GROSS  COMM GROSS C              UNITS
MMDDYY  PREFIX      TI STOCK#/TRADE IN DESCRIPTION              FEE        COMM       SLS #1      SLS #2     C    COMM      GRS%
------  ----------  ------------------------------             ----------  ---------  ----------  ----------  -  --------  -----
100708  197063      1770179  LESTER DELMAN                        0.00       0.00        0.00       10.00     -465.31   -465.31 C   37.50  0.50
        NINSL       3970112  09,NISSAN,ALTIMA,4DR S                                                                                     50

100708  197073      1818462  CLARA V AQUILINO                     0.00       0.00        0.00       20.00    -1020.38      0.00 C   75.00  1.00
        NINSL       3970102  09,NISSAN,ALTIMA,4DR S                                                                                    100

TOTAL NEW VEHICLE SALES - UNITS SOLD:     1.50                   0.00       0.00        0.00       30.00    -1485.69   -465.31      112.50
AVERAGE GROSS PROFIT:                  -690.46
                                                                                                                        $142.50
```

# SALES COMMISSIONS

NAME  Jesus Posada          EMP#  71384

| | | |
|---|---|---|
| 71 | PONT,GM,KIA | $ |
| 72 | HONDA | $ |
| 73 | NISSAN | $ 105.00 |
| 31 | CSI BONUS | $ |
| — | UNIT BONUS | $ |
| — | OTHER | $ |
| | TOTAL | $ 105.00 |

```
11/17/2008 1JTAYLOR                          CORAL SPRINGS OLDSMOBILE INC                                    0432
08:19:30                         SALESPERSON COMMISSION REPORT 10/31/2008 THRU 11/14/2008                   PAGE 20


SALESPERSON: NIROL JESUS POSADA        SALESPERSON#: 71384    PREFIX(ES): NINS NINSL NSNS NSNSL NIUS

              CUSTOMER#/CUSTOMER NAME
    REFERENCE/ STOCK#/DESCRIPTION                              REFERRAL  FIN PROD  COMM GROSS COMM GROSS C          UNITS
MMDDYY PREFIX  TI STOCK#/TRADE IN DESCRIPTION                  FEE       COMM      SLS #1     SLS #2     C  COMM    GRS%
------ ------- ------------------------------                  --------  --------  ---------- ---------- -  ------  -----
110808 204813  1819606  PATRICIA HILMERS              0.00     0.00      0.00      30.00      -654.10    0.00 C  75.00  1.00
       NINS    3800385  08,NISSAN,SENTRA,4DR S                                                                         100

TOTAL NEW VEHICLE SALES - UNITS SOLD:    1.00     0.00     0.00     0.00    30.00    -654.10    0.00    75.00
AVERAGE GROSS PROFIT:                  -354.10
```

$105.00 (handwritten)

## SALES COMMISSIONS

NAME  Jesus Posada   EMP#  71384

| | | |
|---|---|---|
| 71 | PONT,GM,KIA | $ |
| 72 | HONDA | $ |
| 73 | NISSAN | $ 122.50 |
| _31 | CSI BONUS | $ |
| ___ | UNIT BONUS | $ |
| ___ | OTHER | $ |
| | TOTAL | $ 122.50 |

```
01/26/2009 1JTAYLOR                         CORAL SPRINGS AUTOMALL                                      0432
09:47:41                          SALESPERSON COMMISSION REPORT 01/10/2009 THRU 01/23/2009              PAGE 17


SALESPERSON: NIROL JESUS POSADA        SALESPERSON#: 71384      PREFIX(ES): NINS NINSL NSNS NSNSL NIUS

                  CUSTOMER#/CUSTOMER NAME
       REFERENCE/ STOCK#/DESCRIPTION                              REFERRAL   FIN PROD   COMM GROSS COMM GROSS C          UNITS
MMDDYY PREFIX     TI STOCK#/TRADE IN DESCRIPTION                  FEE        COMM       SLS #1     SLS #2     C   COMM   GRS%
------ ---------- -------------------------------  ----------  ---------- ---------- ---------- ---------- - -------- -----
012309 203191     1799715  JUAN C CORDOVA             0.00         0.00       0.00      10.00    -484.00       0.00 C   75.00  1.00
       NSNS       3911097  09,NISSAN,ROGUE,4DR SL
                                                                                                                               100

011909 203204     1822429  STANLEY KRAMER             0.00         0.00       0.00       0.00    -875.19    -875.19 C   37.50  0.50
       NSNSL      3930196  09,NISSAN,MURANO,4DR S
                                                                                                                                50

TOTAL NEW VEHICLE SALES - UNITS SOLD:     1.50      0.00         0.00       0.00      10.00   -1359.19    -875.19      112.50
AVERAGE GROSS PROFIT:                  -406.13
```

$122.50

%JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
NIROL JESUS POSADA

**(b)** County of Residence of First Listed Plaintiff   MIAMI-DADE
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
ANTHONY F. SANCHEZ, P.A.
1450 MADRUGA AVENUE, SUITE 1450
CORAL GABLES, FL 33146
305-665-9211

## DEFENDANTS
PAGE BROTHER ASSOCIATES, INC., D/B/A CORAL SPRINGS AUTO MALL

County of Residence of First Listed Defendant   BROWARD
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

FILED by ____ D.C.
JUN 17 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE  ☐ MONROE  ☒ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  ☐ HIGHLANDS

09-CV-60895 - Moreno/Torres

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page)

a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO

JUDGE                                DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):

29 U.S.C., Sections 201-219, inclusive ("FLSA") SEEKING UNPAID MINIMUM WAGE AND OTHER RELIEF

LENGTH OF TRIAL via   4-5   days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE   June 17, 2009

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 100299L
06/17/09