UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-60895-CIV-MORENO

NIROL JESUS POSADA,

    Plaintiff,

vs.

PAGE BROTHERS ASSOCIATES, INC., a Florida Corporation d/b/a "CORAL SPRINGS AUTO MALL",

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO COMPEL BETTER DISCOVERY RESPONSES

THIS CAUSE came before the Court upon Defendant's Motion to Compel Better Discovery Responses from Plaintiffs **(D.E. No. 46)**, filed on **December 8, 2009**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. Defendant's motion is stricken as violative of S.D. Fla. L.R. 7.1(C) 2 that limits pleadings to twenty pages in length.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of December, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record