UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-60895-CIV-MORENO

NIROL JESUS POSADA,

    Plaintiff,

vs.

PAGE BROTHERS ASSOCIATES, INC., a Florida Corporation d/b/a "CORAL SPRINGS AUTO MALL",

    Defendant.
_____/

### ORDER STRIKING OPT-IN PLAINTIFFS WHO FILED THEIR NOTICE AFTER THE COURT'S DEADLINE

THIS CAUSE came before the Court upon *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. The Court notes that in its Order (D.E. No. 72) dated February 11, 2010, the Court set the deadline for March 26, 2010 for opt-in plaintiffs to file their notice. Additionally, the Court denied Plaintiff's Motion to Extend the Deadline for opt-in plaintiffs to file their notices in its Order (D.E. No. 116) filed April 14, 2010. Accordingly, it is

**ADJUDGED** that all opt-in plaintiffs who filed their notices after the Court's deadline of March 26, 2010 are hereby stricken from the case. The Court directs the Clerk of Court to strike all opt-in plaintiffs who filed their notice to opt-in after March 26, 2010 from the case.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of June, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record