UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-60895-CIV-MORENO

NIROL JESUS POSADA, MR. JOSHUA
JOHNSON, SHLOMO NIR, JOHN
DEARING, III, MR. CESAR
CALDERIN JUSTIZ, MR.
GENNADY BARAKON, HARVEY
PARIS, MARK NARBONNE,
JOE SIMONE, JOSEPH COELHO,
PETER BORKOWICZ, ADELSON
DEJOUR, KRISTOPHER KING,
DERRICK SHIM-HUE, JEAN-MARIE
JIM AUGUSTE, ARTHUR S. WASH,
and ZACHARY DOMBEK, and all
others similarly situated,

    Plaintiffs,
v.

PAGE BROTHERS ASSOCIATES, INC.
d/b/a CORAL SPRINGS AUTO MALL,

    Defendant.
_____/

## ORDER SCHEDULING SECOND MEDIATION

The mediation conference in this matter shall be held with Mediator KAREN EVANS, on June 9, 2010 at 10:00 a.m. at Fisher & Phillips, LLP, Suite 800, 450 East Las Olas Boulevard, Fort Lauderdale, Florida 33301.

DONE AND ORDERED at Miami, Florida this 3rd day of June, 2010.

                                                                    HONORABLE FEDERICO A. MORENO
                                                                     UNITED STATES DISTRICT JUDGE

Copies to:

Karen Evans, Esquire
KarenEvans@LitigationResolution.com
Litigation Resolution, Inc.
Suite 1229
169 East Flagler Street
Miami, Florida 33131
Tel: 305-371-3250
Fax: 305-371-3341

Anthony F. Sanchez, Esquire
afspalaw@aol.com
Anthony F. Sanchez, P.A.
Suite 408
1450 Madruga Avenue
Coral Gables, Florida 33146
Tel: 305-665-9211
Fax: 305-662-2524

Cathy M. Stutin, Esquire
cstutin@laborlawyers.com
Fisher & Phillips, LLP
Suite 800
450 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Tel: 954-525-4800
Fax: 954-525-8739