UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-60895-CIV-MORENO

NIROL JESUS POSADA,

    Plaintiffs,

vs.

PAGE BROTHERS ASSOCIATES, INC., a Florida Corporation d/b/a "CORAL SPRINGS AUTO MALL",

    Defendants.
_____/

## ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Mediator's Report indicating the parties settlement **(D.E. No. 142)**, filed on **June 10, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that in light of the mediator's report indicating the parties have reached a complete agreement the Court denies all pending motions as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of June, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record